Alan H. Pollack (apollack@buddlarner.com)
Stuart D. Sender (ssender@buddlarner.com)
Dmitry V. Shelhoff (dshelhoff@buddlarner.com)
Stephanie J. Kamerow (skamerow@buddlarner.com)
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078
(973) 379-4800
*Attorneys for Defendants*
*Dr. Reddy's Laboratories, Ltd. and*
*Dr. Reddy's Laboratories, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HORIZON PHARMA, INC., HORIZON PHARMA USA, INC. and POZEN INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES,<br><br>Defendants. | Civil Action No. 3:15-cv-03324 (MLC)(DEA)<br>Civil Action No. 3:16-cv-04918 (MLC)(DEA)<br>Civil Action No. 3:16-cv-09035 (MLC)(DEA)<br><br>**ELECTRONICALLY FILED**<br><br>**MOTION DATE: JUNE 5, 2017<br>ORAL ARGUMENT REQUESTED** |
| HORIZON PHARMA, INC., HORIZON PHARMA USA, INC. and POZEN INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC., MYLAN LABORATORIES LIMITED, and MYLAN, INC.,<br><br>Defendants. | Civil Action No. 3:15-cv-03327 (MLC) (DEA)<br>Civil Action No. 3:16-cv-04921 (MLC) (DEA) |

1134753

HORIZON PHARMA, INC., HORIZON PHARMA USA, INC. and POZEN INC.,

Plaintiffs,

v.

LUPIN LTD. and LUPIN PHARMACEUTICALS INC,

Defendants.

Civil Action No. 3:16-cv-03326 (MLC)(DEA)
Civil Action No. 3:16-cv-04920 (MLC)(DEA)

**NOTICE OF MOTION OF DEFENDANTS DR. REDDY'S LABORATORIES, LTD. AND DR. REDDY'S LABORATORIES, INC. FOR JUDGMENT ON THE PLEADINGS, OR IN THE ALTERNATIVE, SUMMARY JUDGMENT, DISMISSING ALL COUNTS ALLEGING INFRINGEMENT OF THE '621, '698 AND '208 PATENTS**

**PLEASE TAKE NOTICE** that on June 5, 2017, or as soon thereafter as counsel may be heard, the undersigned attorneys for Dr. Reddy's Laboratories, Ltd., and Dr. Reddy's Laboratories, Inc., (collectively, "DRL") will move before the Honorable Mary L. Cooper, United States District Judge, pursuant to Fed. R. Civ. P. 12(c), Fed. R. Civ. P. 56 and Local Civil Rule 56.1, for an Order granting DRL judgment on the pleadings, or, in the alternative, summary judgment pursuant to Rule 56, dismissing (i) Counts I through IV of the Complaint in 16-cv-4918 and (ii) Counts I and II of the Complaint in 16-cv-9035 on grounds that ████████████ ████████████████████ n such Counts: U.S. Patent Nos. 8,945,621, 9,220,698, and 9,393,208.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, DRL will rely upon its Memorandum of Law, DRL's Local Rule 56.1 Statement of Material Facts, the Declaration of Allan H. Pollack with its exhibits, and DRL's reply papers, if any.

2

1134753

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 7.1(e) of the Local Rules of the District of New Jersey, a proposed form of order is being submitted concurrently with this motion.

DATED:  May 12, 2017                    Respectfully submitted,


Alan H. Pollack (apollack@buddlarner.com)
Stuart D. Sender (ssender@buddlarner.com)
Dmitry V. Shelhoff (dshelhoff@buddlarner.com)
Stephanie J. Kamerow (skamerow@buddlarner.com)
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
Tel: (973) 379-4800

*Attorneys for Defendants*
*Dr. Reddy's Laboratories, Ltd.*
*and Dr. Reddy's Laboratories, Inc.*

3

1134753