Alan H. Pollack (apollack@buddlarner.com)
Stuart D. Sender (ssender@buddlarner.com
Dmitry V. Shelhoff (dshelhoff@buddlarner.com)
Stephanie J. Kamerow skamerow@buddlarner.com)
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
Tel: (973) 379-4800

*Attorneys for Defendants*
*Dr. Reddy's Laboratories, Ltd. and*
*Dr. Reddy's Laboratories, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HORIZON PHARMA, INC., HORIZON PHARMA USA, INC. and POZEN INC., <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, <br><br> Defendants. | Civil Action No. 3:15-cv-03324 (MLC)(DEA) <br> Civil Action No. 3:16-cv-04918 (MLC)(DEA) <br> Civil Action No. 3:16-cv-09035 (MLC)(DEA) <br><br><br> **ELECTRONICALLY FILED** <br><br> **MOTION DATE:  JUNE 5, 2017** <br> **ORAL ARGUMENT REQUESTED** |
| HORIZON PHARMA, INC., HORIZON PHARMA USA, INC. and POZEN INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., MYLAN LABORATORIES LIMITED, and MYLAN, INC., <br><br> Defendants. | Civil Action No. 3:15-cv-03327 (MLC) (DEA) <br> Civil Action No. 3:16-cv-04921 (MLC) (DEA) |

1134751

|  |  |
|---|---|
| HORIZON PHARMA, INC., HORIZON PHARMA USA, INC. and POZEN INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LTD. and LUPIN PHARMACEUTICALS INC,<br><br>Defendants. | Civil Action No. 3:16-cv-03326 (MLC) (DEA)<br>Civil Action No. 3:16-cv-04920 (MLC) (DEA) |

**DECLARATION OF ALAN H. POLLACK IN SUPPORT OF
DRL'S MOTION FOR JUDGMENT ON THE PLEADINGS, OR
IN THE ALTERNATIVE, SUMMARY JUDGMENT, DISMISSING
ALL COUNTS ALLEGING INFRINGEMENT OF THE '621, '698
AND '208 PATENTS ON GROUNDS OF**

I, Alan H. Pollack, declare that the following is true and correct:

1.      I am a shareholder with the law firm of Budd Larner, P.C., 150 John F. Kennedy Parkway, Short Hills, NJ 07078.  I am admitted to practice law in the State of New Jersey and in the United States District Court for the District of New Jersey.

2.      I represent Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively "DRL") in this litigation. I make this declaration based upon my personal knowledge in support of DRL's motion for judgment on the pleadings, or in the alternative, summary judgment, dismissing the claims for patent infringement set forth in Counts I through IV of Plaintiffs' complaint in the 16-4918 action, and Counts I and II of Plaintiffs' complaint in the 16-9035 action on the grounds that ███████████████████████████ ████████

2

3.     Attached as Exhibit 1 is a true and correct copy of a April 11, 2006 letter I received from counsel for Plaintiffs stating that Plaintiffs were "[i]n preparation for the filing of their *third* amended complaint" to add claims for infringement by DRL of the '698 patent.

4.     Attached as Exhibit 2 is a true and correct copy of my April 12, 2016 responsive email to Exhibit 1.

5.     I received no reply to my April 12, 2016 email before Plaintiffs began this action in August 2016.

6.     Attached as Exhibit 3 is a true and correct copy of the United States Patent and Trademark Office's Assignment Record for the '621 patent.

7.     Attached as Exhibit 4 is a true and correct copy of the United States Patent and Trademark Office's Assignment Record for the '698 patent.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 12, 2017                    Respectfully submitted,

Alan H. Pollack (apollack@buddlarner.com)
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
Tel: (973) 379-4800

*Attorneys for Defendants*
*Dr. Reddy's Laboratories, Ltd.*
*and Dr. Reddy's Laboratories, Inc.*

3