**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Alan H. Pollack (apollack@buddlarner.com)
Stuart D. Sender (ssender@buddlarner.com)
Dmitry V. Shelhoff (dshelhoff@buddlarner.com)
Stephanie J. Kamerow (skamerow@buddlarner.com)
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078
(973) 379-4800
*Attorneys for Defendants*
*Dr. Reddy's Laboratories, Ltd. and*
*Dr. Reddy's Laboratories, Inc.*

**CONTAINS CONFIDENTIAL**
**INFORMATION -- PORTIONS**
**FILED UNDER SEAL**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HORIZON PHARMA, INC., HORIZON PHARMA USA, INC. and POZEN INC., <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, <br><br> Defendants. | Civil Action No. 3:15-cv-03324 (MLC)(DEA) <br> Civil Action No. 3:16-cv-04918 (MLC)(DEA) <br> Civil Action No. 3:16-cv-09035 (MLC)(DEA) <br><br><br> **ELECTRONICALLY FILED** <br><br> **MOTION DATE:  JUNE 5, 2017** <br> **ORAL ARGUMENT REQUESTED** |
| HORIZON PHARMA, INC., HORIZON PHARMA USA, INC. and POZEN INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., MYLAN LABORATORIES LIMITED, and MYLAN, INC., <br><br> Defendants. | <br><br><br><br><br> Civil Action No. 3:15-cv-03327 (MLC)(DEA) <br> Civil Action No. 3:16-cv-04921 (MLC)(DEA) |

1134628

HORIZON PHARMA, INC., HORIZON PHARMA USA, INC. and POZEN INC.,

Plaintiffs,

v.

LUPIN LTD. and LUPIN PHARMACEUTICALS INC,

Defendants.

Civil Action No. 3:16-cv-03326 (MLC)(DEA)
Civil Action No. 3:16-cv-04920 (MLC)(DEA)

**DRL'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT DISMISSING ALL COUNTS ALLEGING INFRINGEMENT OF THE '621, '698 AND '208 PATENTS ON GROUNDS OF**

In accordance with Local Civil Rule 56.1(a), Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (together, "DRL") submit the following statement of material facts not in dispute, which entitle them to summary judgment dismissing (i) Counts I through IV of Plaintiffs' complaint in the 16-4918 action, and (ii) Counts I and II of Plaintiffs' complaint in the 16-9035 action, on the grounds that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## A.    DRL's ANDAs and the Vimovo® Cases

1.    The 16-4918 and 16-9035 cases are the fourth and fifth Vimovo® cases filed by Plaintiffs against DRL in connection with Abbreviated New Drug Application Nos. 202461 and 204206 ("ANDA I" and "ANDA II", respectively, and together, (the "DRL's ANDAs"), each

1

1134628

filed by DRL with the Food and Drug Administration ("FDA") seeking approval to market generic versions of Vimovo® ANDA (16-4918, D.E. 1, ¶¶ 17-19; 16-9035, D.E. 1, ¶¶ 11-13 ).[1]

2.      Each of the Complaints in the five actions brought by Plaintiffs against DRL asserts that by filing one or both of its ANDAs, DRL has infringed one or more patents exclusively owned by one or both Plaintiffs. (*See, e.g.,* 16-4918, D.E. 1, ¶¶ 43, 69 and 95; 16-9035, D.E. 1, ¶ 37.)

3.      On April 11, 2016, counsel for Plaintiffs notified counsel for DRL that Plaintiffs were "[i]n preparation for the filing of their *third* amended complaint" to add claims for infringement by DRL of the '698 patent.[2]

4.      In response, DRL's counsel reminded counsel for Plaintiffs ████████████████ and requested that counsel discuss the issue "to avoid unnecessary motion practice." (Pollack Decl., Ex. 2.)  DRL received no reply before Plaintiffs began this action in August 2016.

**B.      The '621, '698 and '208 Patents**

5.      With the 16-4018 and 16-9035 actions, Plaintiffs have added a total of four new patents to the multitude of patents already alleged by Plaintiffs to be infringed by the DRL ANDAs: the '621 patent, the '698 patent and U.S. Patent No. 9,345,695, asserted in the 16-4918 action, and U.S. patent No. 9,393,208 (the "'208 patent"), the sole patent-in-suit in the 16-9035

---

[1]    The first two Vimovo actions actions brought by plaintiffs against DRL (11-2317 and 13-0091) were included in the six "Case I" actions which were tried by this Court in January 2017.  The third of the five DRL Actions, 15-cv-3324, has been consolidated by the Court with (i) the 16-4918 and 16-9035 actions, (ii) two Vimovo actions brought by plaintiffs against Mylan, Inc. (15-3327 and 16-4921), and (iii) two Vimovo actions brought by plaintiffs against Lupin Ltd. (16-3326 and 16-4920).  (*See* 15-3324, D.E. 43.)

[2]    *See* Ex. 1 to the accompanying Declaration of counsel for DRL, Alan H. Pollack ("Pollack Decl.").

1134628

action.  (16-4918, D.E. 1, Ex. A, ¶¶ 8-16; 16-9035, D.E. 1, Ex. A, ¶¶ 8-11.)  Only the '621, '698 and '208 patents are at issue in this motion.

6.     The '621 patent, entitled "Method For Treating A Patient At Risk For Developing An NSAID-Associated Ulcer," issued on February 3, 2015. The application for the '621 patent was filed on June 24, 2010.  (D.E. 1, Ex. A at 1.)

7.     According to the applicable United States Patent and Trademark Office ("PTO") Assignments Records for the '621 patent, the application was assigned by the inventors to AstraZeneca and Pozen in 2011.[3]

8.     The '698 patent, entitled "Method For Delivering A Pharmaceutical Composition To Patient In Need Thereof," issued on December 29, 2015.  (D.E. 1, Ex. B at 1.)  The application for the '698 patent was filed on September 3, 2009, and assigned by the inventors to AstraZeneca and Pozen in 2011.  (Pollack Decl., Ex. 4.)

9.     The '208 patent, also entitled "Method For Delivering A Pharmaceutical Composition To Patient In Need Thereof," is a continuation of the '698 patent.  (16-9035, D.E. 1, Ex. A at 1.)  The application for the '208 patent was filed on December 28, 2015 by Plaintiffs Pozen and Horizon, and issued on July 19, 2016.  (*Id.*)

10.     The '621, '698 and '208 patents are all listed in the FDA Orange Book for the New Drug Application covering Vimovo,® NDA  No. 22-511.  (16-4918, Ex. 1, ¶¶ 10 and 13; 16-9035, Ex. 1, ¶10.)

11.     On or about November 18, 2013, plaintiff Horizon purchased all of AstraZeneca's U.S. rights to Vimovo.®  (11-2317, D.E. 202-2, ¶ 3 and Ex. A.)  As part of its agreement with Horizon, AstraZeneca assigned its rights to the then-pending applications for

---

[3]   A copy of the Assignment Record for the '621 patent is annexed as Ex. 3 to the accompanying Declaration of Alan H. Pollack.

1134628

the '621 and '698 to Horizon.  (Pollack Decl., Exs. 3 and 4 at p.3.).   According to the Complaint, the '621 and '698 patents are currently jointly owned by Plaintiffs Horizon and Pozen (D.E. 1, ¶¶ 9, 12).[4]

## C.    The 11-2317 and 13-0091 Actions

12.    On April 21, 2011, AstraZeneca and Pozen commenced the 11-2317 action against DRL in the District of New Jersey, alleging that DRL's ANDA I infringed the '907 patent.  (11-2317, D.E. 1.)  According to the Complaint, Pozen was the owner of the '907 patent by assignment, and AstraZeneca was the then exclusive licensee of the patent.  (*Id.,* ¶11.)

13.    On October 28, 2011, AstraZeneca and Pozen Amended the Complaint to claims for infringement of the five AstraZeneca Patents.  (11-2317, D.E. 42, Counts II-VI.)   The Amended Complaint also added as a plaintiff KBI-E Inc. ("KBI"), the exclusive licensee of the AstraZeneca Patents.  (*Id.*, ¶ 14.)

14.    On April 1, 2013, Pozen, AstraZeneca, and KBI commenced a second action against DRL, case no. 13-0091. (13-0091, D.E. 1.) Count I of the Complaint in the 13-0091 action alleged that DRL's ANDA II infringed the '907 patent. Counts II-V alleged that DRL's ANDA II infringed four of the five AstraZeneca Patents. (*Id.*)

████████████████████████

---

[4]    According to the Assignment Records of the USPTO for the '621 and '698 patents, on February 5, 2016, Pozen assigned its rights to the '621 and '698 patents to third party Deerfield Partners, L.P. and two of its affiliates.  (Pollack Decl., Exs. 3 and 4 at 1.) Accordingly, it is unclear whether Pozen has standing to assert the '621 and '698 patents against DRL. *See* Fourth Affirmative Defense, DRL Answer, D.E. 11.

1134628



Dated:  May 12, 2017                    Respectfully submitted,

Alan H. Pollack (apollack@buddlarner.com)
Stuart D. Sender (ssender@buddlarner.com)
Dmitry V. Shelhoff (dshelhoff@buddlarner.com)
Stephanie J. Kamerow (skamerow@buddlarner.com)
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
Tel: (973) 379-4800

*Attorneys for Defendants*
*Dr. Reddy's Laboratories, Ltd.*
*and Dr. Reddy's Laboratories, Inc.*

1134628