**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HORIZON PHARMA, INC., HORIZON PHARMA USA, INC. and POZEN INC., <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, <br><br> Defendants. | Civil Action No. 3:15-cv-03324 (MLC)(DEA) <br> Civil Action No. 3:16-cv-04918 (MLC)(DEA) <br> Civil Action No. 3:16-cv-09035 (MLC)(DEA) <br><br><br> **ELECTRONICALLY FILED** |
| HORIZON PHARMA, INC., HORIZON PHARMA USA, INC. and POZEN INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., MYLAN LABORATORIES LIMITED, and MYLAN, INC., <br><br> Defendants. | Civil Action No. 3:15-cv-03327 (MLC) (DEA) <br> Civil Action No. 3:16-cv-04921 (MLC) (DEA) |
| HORIZON PHARMA, INC., HORIZON PHARMA USA, INC. and POZEN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD. and LUPIN PHARMACEUTICALS INC, <br><br> Defendants. | Civil Action No. 3:16-cv-03326 (MLC)(DEA) <br> Civil Action No. 3:16-cv-04920 (MLC)(DEA) |

11347754

**[PROPOSED] ORDER GRANTING DEFENDANTS DR. REDDY'S LABORATORIES, LTD. AND DR. REDDY'S LABORATORIES, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT, DISMISSING ALL COUNTS ALLEGING INFRINGEMENT OF THE '621, '698 AND '208 PATENTS ON GROUNDS OF** ██████████████

**THIS MATTER** having been brought before the Court pursuant to Fed. R. Civ. P. 12(c) and Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56.1 upon the Motion of Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "DRL") for Judgment on the Pleadings or, in the, Summary Judgment, Dismissing Counts I Through IV of the Complaint in 16-cv-4918 and Counts I and II of the Complaint in 16-cv-9035 on Grounds of

████████████

**IT IS** on this _____ day of _____, 2017,

**ORDERED** that DRL's Motion for Judgment on the Pleadings [or Summary Judgment] dismissing Counts I through IV of the Complaint in 16-cv-4918 and Counts I and II of the Complaint in 16-cv-9035 is **GRANTED**

_____
Mary L. Cooper
United States District Judge