# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HORIZON MEDICINES LLC and NUVO PHARMACEUTICALS (IRELAND) DESIGNATED ACTIVITY COMPANY,<br><br>    Plaintiffs,<br><br>    v.<br><br>DR. REDDY'S LABORATORIES INC. and DR. REDDY'S LABORATORIES LTD.,<br><br>    Defendants. | **CLOSED**<br><br>Civil Action No. 2:16-cv-04918 (SRC)(CLW) |

## STIPULATED ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), Plaintiffs Horizon Medicines LLC and Nuvo Pharmaceuticals (Ireland) Designated Activity Company and Defendants Dr. Reddy's Laboratories Inc. and Dr. Reddy's Laboratories Ltd. hereby stipulate and agree to the dismissal of the above captioned action in its entirety with prejudice. Nothing in this Stipulated Order affects the Parties' claims, affirmative defenses, or counterclaims in any other action.

Dated: March 25, 2021

*/s/ Alan H. Pollack*
Alan H. Pollack (apollack@windelsmarx.com)
Stuart D. Sender (ssender@windelsmarx.com)
Windels Marx Lane & Mittendorf, LLP
One Giralda Farms
Madison, NJ 07940
(973) 966-3200

*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

*/s/ John E. Flaherty*
John E. Flaherty
Cynthia S. Betz
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

Stephen M. Hash
Stephen C. Stout
Jeffrey Gritton
David Varghese
BAKER BOTTS LLP
98 San Jacinto Blvd, Suite 1500

1

2

                                             Austin, TX 78701-4078
                                             (512) 322-2500

*Attorneys for Plaintiffs Horizon Medicines LLC and Nuvo Pharmaceuticals (Ireland) Designated Activity Company*

SO ORDERED this  25TH  day of March 2021:

                                           s/Stanley R. Chesler, U. S .D. J.
                                           Hon. Stanley R. Chesler, U.S.D.J.